UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA

**04CRIM. 1272**

- v. -

INDICTMENT

MARK DESOUZA,

04 Cr. _____

Defendant.

- - - - - - - - - - - - - - - - - x

## COUNT ONE

The Grand Jury charges:

1. From in or about April 1997, up to and including on or about December 15, 2001, in the Southern District of New York and elsewhere, MARK DESOUZA, the defendant, and others known and unknown, unlawfully, intentionally, and knowingly did combine, conspire, confederate, and agree together and with each other to violate the narcotics laws of the United States.

2. It was a part and an object of the conspiracy that MARK DESOUZA, the defendant, and others known and unknown, unlawfully, willfully, and knowingly, would and did distribute, and possess with intent to distribute, a controlled substance, to wit, more than 1000 kilograms of mixtures and substances containing a detectable amount of marijuana, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A).

## Overt Acts

3.  In furtherance of the conspiracy and to effect the illegal object thereof, the following overt acts, among others, were committed in the Southern District of New York:

    a.  On or about April 24, 1997, DESOUZA possessed marijuana and two loaded handguns in an apartment in the vicinity of Fulton Avenue in the Bronx, New York.

    b.  On or about December 22, 1997, DESOUZA traveled from the Bronx, New York to Newark Airport to receive a shipment of approximately 900 pounds of marijuana.

    c.  On or about December 15, 2001, DESOUZA possessed approximately 300 pounds of marijuana and approximately $45,000 in narcotics proceeds inside a vehicle in the vicinity of Monticello Avenue in the Bronx, New York.

(Title 21, United States Code, Section 846.)

_____
FOREPERSON

_____
DAVID N. KELLEY
United States Attorney

Form No. USA-33s-274 (Ed. 9-25-58)

---

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA

- v. -

MARK DESOUZA,

Defendant.

---

INDICTMENT

04 Cr.

(Title 21,U.S.C. § 812, 841(a)(1),
841(b)(1)(A), and 846.)

DAVID N. KELLEY
United States Attorney.

**A TRUE BILL**

_____
Foreperson.

---

Dec. 2, 2004
Indictment filed.
Case assigned to Judge Karas.
A/W Ordered.
Freeman, USMJ