```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/12/06
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

United States of America,

-v-

Mark Desouza

                    Defendants.

Case No. 04-CR-1272 (KMK)

ORDER

KENNETH M. KARAS, District Judge:

The above-entitled action having been assigned to the undersigned for all purposes,

IT IS HEREBY ORDERED that all parties appear with counsel for a conference on **June 29, 2006 at 10:30am** in the United States Federal Courthouse- 500 Pearl Street, New York, New York, Courtroom 21D.

SO ORDERED.

Dated:   June 9, 2006
         New York, New York

KENNETH M. KARAS
UNITED STATES DISTRICT JUDGE