UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------- x
:
:
UNITED STATES OF AMERICA          :
:
    -v.-                          :
:                    04-Cr-1272 (KMK)
MARK DESOUZA,                     :
:
            Defendant.            :
:
:
:
-------------------------------------------------------- x

## NOTICE OF APPEARANCE OF ASSISTANT UNITED STATES ATTORNEY JOCELYN E. STRAUBER ON BEHALF OF THE UNITED STATES

The Government respectfully submits this Notice that Assistant United States Attorney Jocelyn E. Strauber now will be representing the Government in the above-referenced matter, in the place of Assistant United States Attorney Elizabeth Carpenter.

Dated:  New York, New York
        October 9, 2006

                                Respectfully submitted,

                                MICHAEL J. GARCIA
                                United States Attorney

                        By:     /s/ Jocelyn E. Strauber
                                Jocelyn E. Strauber
                                Assistant United States Attorney
                                Telephone: (212) 637-1034

1

## CERTIFICATE OF SERVICE

Jocelyn E. Strauber deposes and says:

That she is employed in the Office of the United States Attorney for the Southern District of New York; and

That on October 9, 2006, she caused to be served a copy of the foregoing NOTICE OF APPEARANCE OF ASSISTANT UNITED STATES ATTORNEY JOCELYN E. STRAUBER ON BEHALF OF THE UNITED STATES by Federal Express on:

Michael A. Raskin, Esq.
903 Sheridan Avenue, 2nd Floor
Bronx, New York 10451

I declare under penalty of perjury that the foregoing is true and correct. 28 U.S.C. Section 1746.

/s/ Jocelyn E. Strauber
Jocelyn E. Strauber

Executed on:   October 9, 2006
                New York, New York